NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLACKBERRY LTD.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2019-1146

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00914.

---

## JUDGMENT

---

SHARON LEE, Sidley Austin LLP, New York, NY, argued for appellant. Also represented by CHING-LEE FUKUDA; SAMUEL DILLON, Washington, DC.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellee. Also represented by PHILLIP W. CITROEN, STEPHEN BLAKE KINNAIRD, SEONGHEE EMILY LEE, JOSEPH PALYS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and HUGHES, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 13, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court